HON. ROBERT J. BRYAN

FILED ___ LODG___
___ RECEIVED
NOV 13 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR09-5452-RJB |
| Plaintiff, ) | |
| v. ) | ORDER |
| MARTIN OSEGUERA-CHAVEZ, ) | |
| Defendant. ) | |

DEFENDANT MARTIN OSEGUERA-CHAVEZ's motion to substitute ROBERT M. LEEN as defense counsel is GRANTED. MICHAEL CRAIG NANCE is discharged.

Dated this 13 day of November 2009.

_____
HON. ROBERT J. BRYAN

09-CR-05452-ORD

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
P.O. BOX 82
WOODINVILLE, WA 98072-0082
TEL (425) 949-8555 · FAX (425) 949-8793