UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. CR09-5452RJB |
| JUAN ANTONIO PEREZ, et al., | ORDER GRANTING MOTION TO CONTINUE |
| Defendants. | |

This matter comes before the court on the Motion to Continue filed by defendant Camarena (Dkt. 259). Some defendants have joined in the motion or indicated they had no objection. Mr. Camarena's counsel indicates that the government has no objection. No party has objected to the motion, and it is now ripe for decision. The court is fully advised, and has considered the entirety of the file.

The court hereby finds that the ends of justice will be served by granting the requested continuance and further finds that the need to continue the trial outweighs the interest of any defendants and of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(a) and (b)(iv). The court further finds that although all defendants have not formally joined in the motion, the trial should be continued because they are joined with all co-defendants in this case.

ORDER GRANTING MOTION TO CONTINUE - 1

Therefore, it is now

ORDERED that the current pretrial motions due date of November 6, 2009, and the current trial date of January 19, 2010, should be continued, and the Motion to Continue is therefore GRANTED. It is further

ORDERED that the new trial date shall be set for February 1, 2010, and the new pretrial motions cut-off date shall be December 17, 2009. It is further

ORDERED that an omnibus hearing and motions hearing date and pretrial conference shall be set for January 11, 2010. It is further

ORDERED that any party that objects to this new schedule on any basis should advise the court forthwith by motion.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 13th day of November, 2009.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge