HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-5452-RJB |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO FILE A PRETRIAL MOTION EXCEEDING 12 PAGES |
| MARTIN OSEGUERA-CHAVEZ, | |
| Defendant. | |

DEFENDANT MARTIN OSEGUERA-CHAVEZ's Motion To File A Pretrial Motion Exceeding 12 Pages is GRANTED.

Dated this 30th day of December 2009.

_____
ROBERT J. BRYAN
United States District Judge