HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-5452-RJB |
| Plaintiff, | |
| v. | ORDER RE: BRADY INFORMATION |
| MARTIN OSEGUERA-CHAVEZ, | |
| Defendant. | |

DEFENDANT MARTIN OSEGUERA-CHAVEZ's motion for disclosure of Brady material is GRANTED. The government shall disclose any Brady information it becomes aware of as soon as such information comes into its actual or constructive possession.

Dated this 30th day of December 2009.

ROBERT J. BRYAN
United States District Judge