HON. ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-5452-RJB |
| Plaintiff, | |
| v. | ORDER RE: ER 404(b) EVIDENCE |
| MARTIN OSEGUERA-CHAVEZ, | |
| Defendant. | |

DEFENDANT MARTIN OSEGUERA-CHAVEZ's motion for pretrial notice of ER 404(b) evidence is GRANTED. The government will give the defense notice no later than 2 weeks prior to the commencement of trial of any ER 404(b) evidence it intends to utilize at trial. Any ER 404(b) evidence not so disclosed, absent good cause shown, will be barred from use at trial.

Dated this 30th day of December 2009.

ROBERT J. BRYAN
United States District Judge