HON. ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARTIN OSEGUERA-CHAVEZ, <br><br> Defendant. | No. : CR09-5452-RJB <br><br> ORDER RE: MOTION TO FILE EXHIBIT UNDER SEAL |

DEFENDANT MARTIN OSEGUERA-CHAVEZ's Motion To File Exhibit Under Seal is GRANTED.

Dated this 30th day of December 2009.

_____
ROBERT J. BRYAN
United States District Judge

-1-

Robert M. Leen, Attorney At Law
PO Box 82, Woodinville, WA 98072-0082
(206) 498-8659/ FAX (425) 425-8793
WSBA #14208