Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN OSEGUERA-CHAVEZ,<br><br>Defendant. | NO. CR 09-5452RJB<br><br>**ORDER EXTENDING TIME FOR GOVERNMENT TO FILE OVERLENGTH RESPONSE TO MOTIONS FOR SUPPRESSION AND DISMISSAL** |

FOR GOOD CAUSE shown, based upon application of the United States, IT IS HEREBY ORDERED that the deadline for the government's response to the defendant's Motion for Suppression of Evidence Obtained from Title III Wiretaps (Dkt. # 342), Motion for Suppression of Evidence from Three Search Warrants (Dkt. #322), and

//
//
//

09-CR-05452-ORD

ORDER EXTENDING TIME FOR GOVERNMENT TO FILE - PAGE 1
OVERLENGTH RESPONSE TO MOTIONS FOR SUPPRESSION
AND DISMISSAL (OSEGUERA-CHAVEZ / CR 09-05452RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

FILED RECEIVED LODGED DEC 31 2009 CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY

1  Motion to Dismiss the Indictment (Dkt. #323), is hereby extended to January 10, 2010.

2  Moreover, the government may file a response that is no longer than 20 pages in length.

3  DATED this 31st day of December, 2009.

   ROBERT J. BRYAN
6  UNITED STATES DISTRICT JUDGE

7

8  Presented by:

9  s/ Roger Rogoff
   ROGER ROGOFF, WSBA # 23362
10 Assistant United States Attorney
   United States Attorney's Office
11 700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
12 Phone:      (206) 553-4330
   Fax:        (206) 553-0755
13 E-mail:     Roger.Rogoff@usdoj.gov

ORDER EXTENDING TIME FOR GOVERNMENT TO FILE - PAGE 2
OVERLENGTH RESPONSE TO MOTIONS FOR SUPPRESSION
AND DISMISSAL (OSEGUERA-CHAVEZ / CR 09-05452RJB)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970