# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>JUAN ANTONIO MOLINA-ABARCA, et al.,<br><br>  Defendant. | NO. CR09-5452RJB<br><br>Order Granting in Part and Denying in Part Defendant Oseguera-Chavez's Motion Pretrial Disclosure of Expert Testimony and Evidence |

This matter comes before the court on the above-referenced motion (Dkt. 317), which the court deems to be filed on behalf of all defendants pursuant to the Procedural and Scheduling Order filed herein (Dkt. 176). The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.

The plaintiff should fully comply with the Rules of Evidence and disclosure requirements under the Federal Rules of Criminal Procedure and should provide such further information regarding expert testimony, analysis, tests, etc., not later than two weeks before trial. To that extent, the motion should be granted in part and otherwise denied.

IT IS SO ORDERED.

Dated this 4th day of January, 2010.

_____
ROBERT J. BRYAN
United States District Judge