UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>JUAN ANTONIO MOLINA-ABARCA, et al.,<br><br>  Defendant. | NO. CR09-5452RJB<br><br>Order Granting in Part and Denying in Part Defendant Oseguera-Chavez's Motion For Discovery re: Informants |

This matter comes before the court on the above-referenced motion (Dkt. 319), which the court deems to be filed on behalf of all defendants pursuant to the Procedural and Scheduling Order filed herein (Dkt. 176). The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.

The plaintiff should provide the defense with the requested information insofar as it is reasonably available after reasonable investigation and inquiry, not less than two weeks before any suppression hearing, at which an informant may testify, and two weeks before trial, at which any informant may testify.

To the foregoing extent, the motion should be granted, and otherwise, the motion is denied.

IT IS SO ORDERED.

Dated this 4th day of January, 2010.

Robert J. Bryan

ROBERT J. BRYAN
United States District Judge