Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARTIN OSEGUERA-CHAVEZ, <br> Respondent. | NO. 09-05452 <br><br> **ORDER TO SEAL** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The attachment, Exhibit 1, to the Government's Response to the Defendant's Motion to Dismiss the Indictment in this matter be FILED UNDER SEAL, because it contains grand jury information, and is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 25th day of January, 2010.

_/s/ Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney

ORDER TO SEAL - 1
09-05452