Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARTIN OSEGUERA-CHAVEZ, <br> Respondent. | NO. 09-05452 <br><br> **ORDER TO SEAL EXHIBITS 1(a) - 1(h) OF RESPONSE TO MOTION TO SUPPRESS WIRETAP EVIDENCE** |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The attachments, Exhibits 1(a) - 1(h), to the Government's Response to the Defendant's Motion to Suppress Evidence Obtained From Title III Wire Interception in this matter be FILED UNDER SEAL because it contains sensitive information too voluminous to redact, and is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 25th day of January, 2010.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970