Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN OSEGUERA-CHAVEZ et.al.,<br><br>    Defendants. | NO. CR09-05452RJB<br><br>ORDER FOR *IN CAMERA* REVIEW OF INFORMATION FROM AGENTS' PERSONNEL FILES AND ALLOWING ATTACHMENTS CONTAINING PERSONNEL INFORMATION TO BE FILED EX PARTE UNDER SEAL |

Based upon the motion of the United States, and no defendant objecting, it is HEREBY ORDERED that,

The government shall file information from the Drug Enforcement Administration (DEA) personnel files under seal, forthwith, for the Court's ex parte *in camera* review. The documents shall be sealed until further order of this Court.

IT IS SO ORDERED.

Dated this 29th day of January, 2010.

*/s/ Robert J. Bryan*
Robert J. Bryan
United States District Judge