Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN OSEGUERA-CHAVEZ, ) <br> ) <br> Respondent. ) | NO. 09-05452 <br><br> **ORDER TO SEAL ATTACHMENT A OF GOVERNMENT'S STATUS MEMORANDUM AS AN *EX PARTE* EXHIBIT** |

This comes before the Court on the motion of the United States. The defendant Martin Oseguera-Chaves has responded, and the Court has considered *in camera* Attachment A filed under seal in part of Dkt #39. The Court is fully advised. It is HEREBY ORDERED that

Attachment A to the Government's Status Memorandum in this matter be FILED UNDER SEAL, *EX PARTE*, because it contains sensitive information that should not be revealed at this time. This order is without prejudice to motions to unseal said Attachment A before trial.

IT IS SO ORDERED.

DATED this 29th day of January, 2010.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

Presented by:
*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney

ORDER TO SEAL - 1
09-05452

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970