Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN OSEGUERA-CHAVEZ et.al.,<br><br>Defendants. | NO. CR09-05452RJB<br><br>ORDER FOR *IN CAMERA* REVIEW OF INFORMATION FROM AGENCY PERSONNEL FILES AND ALLOWING ATTACHMENTS CONTAINING PERSONNEL INFORMATION TO BE FILED EX PARTE UNDER SEAL |

Based upon the motion of the United States, it is HEREBY ORDERED that,

The government shall file the information submitted from the two additional agencies' personnel files under seal for the Court's ex parte *in camera* review. The documents shall be sealed until further order of this Court.

IT IS SO ORDERED.

DATED this 8th day of February, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

*s/Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney