Judge Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN OSEGUERA-CHAVEZ, <br><br> Defendant. | NO. CR09-5452RJB <br><br> ORDER GRANTING UNITED STATES' *UNOPPOSED* MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the United States' *Unopposed* Motion to File a Brief in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Supplemental Memorandum in Support of Motion to Suppress Wire Interception that does not exceed 16 pages in length.

DATED this 19th day of February, 2010.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

PRESENTED BY:

s/Roger S. Rogoff
ROGER S. ROGOFF
Assistant United States Attorney

ORDER GRANTING UNITED STATES'
MOTION TO FILE A BRIEF IN EXCESS
OF TWELVE PAGES - Page 1
Martin Oseguera-Chavez/CR09-5452RJB

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970