UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUAN ANTONIO PEREZ, et al.,

    Defendants.

Case No. CR09-5452RJB

ORDER GRANTING MOTION TO RESERVE FURTHER MOTIONS RE: CONFIDENTIAL INFORMANTS

The above-referenced motion (Dkt. 420) has been on the court's calendar for some time without a ruling or response. The motion is unnecessary because the court expects that issues relating to confidential informants will be reserved until full discovery is made by the government. In any event, it is appropriate to grant the motion.

IT IS SO ORDERED.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 3rd day of March, 2010.

Robert J. Bryan
United States District Judge

ORDER GRANTING MOTION TO RESERVE FURTHER MOTIONS RE: CONFIDENTIAL INFORMANTS - 1