|   |   |
|---|---|
| 1 | Judge Bryan |
| 2 | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.   CR09-5452RJB |
| | ) | PROTECTIVE ORDER |
| v. | ) | |
| JUAN ANTONIO PEREZ, et al., | ) | |
| Defendants. | ) | |

This matter, having come to the Court's attention on the Government's Motion for Protective Order, and the Court, having considered the response filed by the defendants (Dkt. 556), and overruling any objections, and having considered the entirety of the record and being fully advised in this matter, the Court hereby enters the following

**PROTECTIVE ORDER**:

1. <u>Permissible Disclosure of Protected Material</u>.

The following documents and materials are deemed Protected Material.  The United States will make available copies of the Protected Materials, including those filed under seal, to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Material is limited to the defendants, their attorneys of record, and investigators, paralegals, assistants, law clerks, experts and assistants for the attorneys of record (hereinafter collectively referred to as "members of the defense team"):

a. Items 1, 3, 4, and 5 mentioned in this Court Order [Document 531];

The defendants, their attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. Further, the attorneys of record are required, prior to disseminating any copies of the Protected Material to members of the defense team, to provide a copy of this Protective Order to members of the defense team, and obtain written consent by members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court. This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to the Court, defense counsel, members of the United States Attorney's Office, and federal law enforcement agencies, and as necessary to comply with the government's discovery obligations.

2. Filing

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3. Termination

The provisions of this Order shall terminate as to any material offered in evidence at trial, but shall not terminate at the conclusion of this prosecution. Use of protected material in other cases shall be subject to orders in those cases.

4. <u>Violation of Any Terms of this Order</u>

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

The Clerk of the Court is directed to provide a filed copy of this Protective Order to all counsel of record.

DATED this 8th day of March, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

*s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney