Judge Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                          Plaintiff,          )<br>          v.                                             )<br>                                                             )<br>MARTIN OSEGUERA-CHAVEZ,      )<br>                                                             )<br>                          Defendant.        )<br>_____) | Cause No.  CR09-5452RJB<br><br>**Order Granting Motion To<br> Extend Pretrial Motions Due Date** |

   This matter having come on before the undersigned Judge of the above entitled Court on stipulated motion to extend the pretrial motions filing deadline from April 30, 2010 to May 14, 2010 and the Court being fully advised in the premises,

   IT IS HEREBY ORDERED THAT the stipulated motion to extend the pretrial motions due date is granted and the pretrial motions deadline is extended to May 14, 2010.

   DATED this 28th day of April, 2010.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented by:

   /s/ Peter A. Camiel

**Order Granting Motion To Extend
Pretrial Motions Due Date - 1**

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington  98104
(206) 624-1551  Fax:  623-5951