Judge Bryan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN OSEGUERA-CHAVEZ,

    Defendant.

Cause No. CR09-5452RJB

**Order Granting Motion for Disclosure of Government Witness Presentence Reports in Advance of Sentencing Evidentiary Hearing**

This matter having come on before the undersigned Judge of the above entitled Court on motion for discovery of government witness presentence reports in advance of sentencing evidentiary hearing and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT the motion for disclosure of witness presentence reports in advance of sentencing evidentiary hearing is granted, subject to the provisions of the Order filed as Docket #789.

DATED this 28th day of September, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:
  /s/ Peter A. Camiel

**Order Granting Motion for Disclosure of Gov't. Witness Presentence Reports in Advance of Sentencing Evidentiary Hearing - 1 (Proposed)**

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551 Fax: 623-5951