Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5452RJB |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SEAL** |
| MARTIN OSEGUERA-CHAVEZ, | ) | |
| Defendant. | ) | |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The Sentencing Memorandum as to Martin Oseguera-Chavez and exhibits in this matter be FILED UNDER SEAL because it contains sensitive information and is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 12th day of October, 2010.

Robert J Bryan
United States District Judge

Presented by:

*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney

ORDER TO SEAL - 1
CR09-5452RJB