Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR09-5452RJB |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | |
| MARTIN OSEGUERA-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

Based upon the motion of the United States, and the representations made therein, it is HEREBY ORDERED that

The Witness List as to Martin Oseguera-Chavez in this matter be FILED UNDER SEAL because it contains sensitive information and is not permitted to be made publicly available.

IT IS SO ORDERED.

DATED this 12th day of October, 2010.

*[signature: Robert J Bryan]*

Robert J Bryan
United States District Judge

Presented by:

*s/Roger S. Rogoff*
ROGER S. ROGOFF
Assistant United States Attorney

ORDER TO SEAL - 1
CR09-5452RJB

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800